

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2019

JAMES W. McCORMACK, CLERK
By:_____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, PLANNED PARENTHOOD OF ARKANSAS & EASTERN OKLAHOMA, D/B/A PLANNED PARENTHOOD GREAT PLAINS, STEPHANIE HO, M.D., and THOMAS TVEDTEN, M.D., on behalf of themselves and their patients,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, in her official capacity as Attorney General of the State of Arkansas; LARRY JEGLEY, in his official capacity as Prosecuting Attorney of Pulaski County; MATT DURRETT, in his official capacity as Prosecuting Attorney of Washington County; SYLVIA D. SIMON, M.D., in her official capacity as Chairman of Arkansas State Medical Board; ROBERT BREVING JR., M.D., VERYL D. HODGES, D.O., JOHN H. SCRIBNER, M.D., OMAR T. ATIQ, M.D., RHYS L. BRANMAN, M.D., RODNEY GRIFFIN, M.D., MRS. MARIE HOLDER, BRIAN T. HYATT, M.D., MR. LARRY D. "BUDDY" LOVELL, TIMOTHY C. PADEN, M.D., DON R. PHILLIPS, M.D., WILLIAM L. RUTLEDGE, and M.D., DAVID L. STAGGS, M.D., in their official capacities as officers and members of the Arkansas State Medical Board, and NATHANIEL SMITH, M.D., M.P.H., in his official capacity as Director and State Health Officer of the Arkansas Department of Health,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:19cv449-BRW<br><br>**PLAINTIFFS' MOTION FOR EXPEDITED CONSOLIDATION OR, IN THE ALTERNATIVE, TO GIVE NOTICE OF A RELATED CASE** |

Plaintiffs Little Rock Family Planning Services ("LRFP"), Planned Parenthood of Arkansas & Eastern Oklahoma, d/b/a Planned Parenthood Great Plans ("PPAEO"), Stephanie Ho, M.D., and Thomas Tvedten, M.D., on behalf of themselves and their patients, hereby move this Court under Rule 42(a) of the Federal Rules of Civil Procedure and General Order No. 39 for expedited consolidation of the above-captioned action and *Planned Parenthood of Arkansas & Eastern Oklahoma v. Jegley*, Case No. 4:15-cv-00784-KGB (the "*Jegley* Litigation"), which is currently pending before the Honorable Kristine G. Baker; or, in the alternative, to give notice of a related case.

As more fully explained in the accompanying brief, consolidation or an order deeming the cases related is warranted here because (i) the two litigations involve a common set of factual and legal issues, (ii) there are overlapping discovery issues and witnesses, and (iii) consolidation would avoid the risk of inefficient or inconsistent rulings.

This Motion is based upon the Complaint filed in this case, the brief filed herewith, and Plaintiffs' concurrently filed motion for a temporary restraining order and/or preliminary injunction. Because the three statutes that are the subject of Plaintiffs' concurrently filed Complaint are scheduled to take effect on July 24, 2019, Plaintiffs respectfully request that this motion be heard on an expedited basis.

Dated: June 26, 2019

                                        Respectfully submitted,

                                        */s/ Rebecca Rhodes Jackson*
                                        Rebecca Rhodes Jackson (AR Bar No. 2017079)
                                        904 West 2nd Street
                                        Little Rock, AR 72201
                                        (314) 440-6265 – Telephone
                                        E-Mail: beckywesth@gmail.com

                                        *On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
                                        *Attorney for Plaintiffs LFRP and Dr. Thomas Tveden*

                                        Bettina Brownstein (AR Bar No. 85019)
                                        Bettina E. Brownstein Law Firm
                                        904 West 2nd Street, Suite 2
                                        Little Rock, AR 72201
                                        (501) 920-1764 – Telephone
                                        E-Mail: bettinabrownstein@gmail.com

                                        *On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
                                        *Attorney for Plaintiffs*

Meagan Burrows*
Susan Talcott Camp*
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10001
mburrows@aclu.org
tcamp@aclu.org
(212) 549-2633
*Attorneys for Plaintiffs LRFP and Dr. Thomas Tvedten*

Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Fl.
New York, NY 10038
mai.ratakonda@ppfa.org
(212) 261-4405

*Attorney for Plaintiffs PPAEO and Dr. Stephanie Ho*

\* *Motion for admission pro hac vice forthcoming*

O'MELVENY & MYERS LLP
Leah Godesky*
Kelly Scavone*
Times Square Tower
7 Times Square
New York, New York 10036
lgodesky@omm.com
kscavone@omm.com
Tel: (212) 326-2254
Fax: (212) 326-2061

Kendall Turner*
1625 Eye St. NW
Washington, DC 20006
(202) 383-5300
kendallturner@omm.com

Taylor Simeone*
1999 Avenue of the Stars
Los Angeles, CA 90067
tsimeone@omm.com
(310) 553-6700

*Attorneys for Plaintiffs*