FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 2 6 2019

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:19-cv-449-BRW <br><br> **PLAINTIFFS' MOTION TO ADMIT MEAGAN BURROWS, *PRO HAC VICE*** |

COMES NOW, the undersigned counsel and, upon the annexed Declaration of Meagan Burrows, moves this Court for an Order admitting Meagan Burrows, *pro hac vice* on behalf of the Plaintiffs Little Rock Family Planning Services and Thomas Tvedten, M.D. in the above-styled matter.

Ms. Burrows is a member in good standing of the Bar of the State of New York and is admitted to practice in all state courts in the State of New York; the United States District Courts for the Southern District of New York, the United States Courts of Appeals for the Sixth Circuit; and the United States Court of Appeals for the District of Columbia. She is not admitted to practice in the United States District Courts of Arkansas. Her office address is: American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY 10001.

Under Local Rule 83.5(d), Meagan Burrows designates me, Rebecca Rhodes Jackson, an attorney and member of the Bar of this Court who maintains an office in Little Rock, Arkansas, as local counsel with whom the Court and opposing counsel may readily communicate. My physical and e-mail addresses are as follows:

Rebecca Rhodes Jackson
904 West 2nd Street
Little Rock, AR 72201
(314) 440-6265 - Telephone
beckywesth@gmail.com

WHEREFORE, Plaintiffs pray that its Motion is granted, that Meagan Burrows be granted permission to appear *pro hac vice* on its behalf in this cause.

Dated: June 26, 2019.

Respectfully submitted,

*Rebecca Rhodes Jackson*
Rebecca Rhodes Jackson (ABN 2017079)
904 West 2nd Street
Little Rock, AR 72201
(314) 440-6265 - Telephone
beckywesth@gmail.com

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*

ATTORNEY FOR PLAINTIFFS, LITTLE ROCK FAMILY PLANNING SERVICES AND THOMAS TVEDTEN, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No._____ |

## DECLARATION OF MEAGAN BURROWS
## IN SUPPORT OF APPLICATION TO APPEAR *PRO HAC VICE*

I, Meagan Burrows, declare under penalty of perjury that the following is true and correct:

1. I am a Staff Attorney with the Reproductive Freedom Project of the American Civil Liberties Union Foundation, and counsel for Plaintiff in the above-styled matter. I submit this Declaration in support of the Motion of Rebecca Rhodes Jackson for my *pro hac vice* admission to practice in this Court in connection with this matter. I am associated in this matter with Ms. Jackson, who is a member in good standing of this Court.

2. I am an attorney licensed in New York (Bar Registration No. 5341904). I was admitted to practice in the Courts of the States of New York in 2015. My office address is American Civil Liberties Union, 125 Broad Street, 18th Floor, New York, NY 10004.

3. I am in good standing and currently eligible to practice in the Courts of the States of New York; the United States District Courts for the Southern District of New York; the

United States Courts of Appeals for the Sixth Circuit; and the United States Court of Appeals for the District of Columbia.

4. No criminal or disciplinary proceedings are currently pending against me, nor have such proceedings ever been brought against me.

5. Plaintiff in this matter has requested my representation.

6. I affirm that I will submit to the jurisdiction of the Court in matters of discipline. I further affirm that I have read and will abide by the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, and the General Orders of the United States District Court for the Eastern District of Arkansas.

DATED: June 24, 2019.

                                        Respectfully submitted,

                                        Meagan Burrows

2