IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, *et al.*, | | PLAINTIFFS |
| v. | Case No. 4:19-cv-00449-KGB | |
| LESLIE RUTLEDGE, in her official capacity as Attorney General of the State of Arkansas, *et al.*, | | DEFENDANTS |

## ORDER

Before the Court is defendants' expedited motion to reconsider *ex parte* consolidation order (Dkt. No. 22). To the extent plaintiffs wish to respond to defendants' motion, the Court directs them to do so by 4:00 p.m. C.T. on July 3, 2019.

To the extent defendants request that the Court notify the Clerk of Court to reassign this case by random draw, the Court has that request under advisement and, after plaintiffs respond to the motion or after 4:00 p.m. C.T. on July 3, 2019, will issue by separate Order a ruling on that request.

So ordered this 2nd day of July 2019.

_____
Kristine G. Baker
United States District Judge