# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LITTLE ROCK FAMILY**                                                               **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*,

**v.**                  **Case No. 4:19-cv-00449-KGB**

**LESLIE RUTLEDGE, in her**
**official capacity as Attorney General**
**of the State of Arkansas,** *et al.*,                                      **DEFENDANTS**

## ORDER AND NOTICE OF HEARING

Pending before the Court is plaintiffs' motion for a temporary restraining order and/or preliminary injunction (Dkt. No. 2). Also pending is defendants' opposed motion to extend certain deadlines, to which plaintiffs responded in opposition (Dkt. Nos. 19, 25).

Plaintiffs' complaint and request for temporary restraining order and/or preliminary injunction was filed on June 26, 2019 (Dkt. Nos. 1, 2). Plaintiffs challenge Arkansas Act 493 of 2019, to be codified at Arkansas Code Annotated §§ 20-16-2003(9), -2004(b); (ii) Act 619 of 2019, to be codified at Arkansas Code Annotated § 20-16-2003; and (iii) Act 700 of 2019, to be codified at Arkansas Code Annotated § 20-16-605 (the "Acts") (Dkt. No. 2-1, at 2). The Acts take effect on July 24, 2019 (*Id.*), meaning the Court must hear and consider plaintiffs' claims and any defenses defendants wish to raise in response to those claims and issue a ruling prior to July 24, 2019.

Defendants assert that "[p]laintiffs made a strategic decision to delay filing this lawsuit" and ask the Court to grant defendants a short extension of time to respond to the complaint and to plaintiffs' motion for temporary restraining order and/or preliminary injunction (Dkt. No. 19, at 1). Defendants also ask the Court to schedule a hearing on the motion for temporary restraining order and/or preliminary injunction on July 22, 2019, or July 23, 2019 (*Id.*). In response, plaintiffs

argue that defendants' scheduling request is "self-serving" and that the Court should either: (1) enforce the deadlines that automatically apply under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas; or (2) simultaneously grant defendants' request for an extension and plaintiffs' motion for a temporary restraining order (Dkt. No. 25).

Given the situation and the schedule the situation presents, the Court denies defendants' request to extend to July 22, 2019, defendants' time to respond to the complaint and to respond to the request for temporary restraining order and/or preliminary injunction (Dkt. No. 19). The Court also denies plaintiffs' request that the Court, if it grants defendants' request for an extension, also grant plaintiffs' motion for temporary restraining order (Dkt. No. 25).

Instead, the Court sets the following schedule:

- Defendants' responsive pleading remains due on July 18, 2019, which is the date defendants represent that pleading is to be filed (Dkt. No. 19, at 3).

- Defendants' response to plaintiffs' motion for temporary restraining order and/or preliminary injunction—if it chooses to file one—is due by 9:00 a.m. C.T. on Wednesday, July 17, 2019.

- Plaintiffs' reply brief in support of their motion for temporary restraining order and/or preliminary injunction—if it chooses to file one—is due by 9:00 a.m. C.T. on Friday, July 19, 2019.

- The Court grants defendants' request to conduct a hearing on plaintiffs' motion for a temporary restraining order and/or preliminary injunction on July 22, 2019 (Dkt. No. 19) and will conduct a hearing on the motion for temporary restraining order and/or preliminary injunction on Monday, July 22, 2019, at 9:00 a.m. The Court has one full

day to hear this matter, and the Court will limit the parties' presentations of evidence and argument in advance to comply with these time requirements, if necessary.

Prior to the hearing, the Court directs the parties to exchange copies of exhibits they intend to present, or a list of exhibits if copies have already been provided, and written lists of witnesses they will or may call at hearing by 12:00 noon C.T. on Thursday, July 18, 2019. If the parties wish to present rebuttal exhibits or witnesses at the hearing, the parties shall submit such rebuttal exhibits and written lists of such rebuttal witnesses by 12:00 noon C.T. on Friday, July 19, 2019. In these lists, which should be filed of record with the Court, the parties should disclose if the witnesses they intend to call are appearing by agreement or by subpoena.

If any party objects to the Court's consideration of exhibits already in the record in this matter, such objections must be made in writing and filed by 8:00 a.m. C.T. on Monday, July 22, 2019, and any responses to such objections must be made on the record at the hearing on the motion for temporary restraining order and/or preliminary injunction that same day.

It is so ordered, this the 5th day of July 2019.

_____
Kristine G. Baker
United States District Judge