**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LITTLE ROCK FAMILY**                                                        **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*,

**v.**                        **Case No. 4:19-cv-00449-KGB**

**LESLIE RUTLEDGE, in her
official capacity as Attorney General
of the State of Arkansas,** *et al.*,                                   **DEFENDANTS**

**NOTICE**

Pending before the Court is defendants' renewed motion for expedited prehearing discovery, or alternatively to strike the declaration of Jason Lindo (Dkt. No. 56). The Court reached out to the parties *via* electronic mail to determine when a telephonic hearing on the motion could be held, if necessary. The Court's electronic mail message to all counsel and defendants' response is attached hereto as Court's Exhibit A. Plaintiffs' counsel did not respond by electronic mail prior to 4:45 p.m. July 18, 2019.

The Court will hold a conference with the parties *via* telephone on Friday, July 19, 2019, at 2:00 p.m. C.T. The call-in information is as follows:

- Dial-in number:   (877) 402-9753
- Access code:     5922777

So ordered this the 18th day of July 2019.

                                                            */s/ Kristine G. Baker*
                                                            Kristine G. Baker
                                                           United States District Judge

Court's Exhibit A



**RE: 4:19-cv-00449-KGB Little Rock Family Planning Services et al v . Rutledge et al**

Nicholas Bronni    to: 'Jacob_White@ared.uscourts.gov', beckywesth@gmail.com, bettinabrownstein@gmail.com, Jennifer    07/18/2019 04:08 PM

Cc: "Tracy_Washington@ared.uscourts.gov"

History: This message has been forwarded.

Mr. White-

Plaintiffs have refused to turn over the data that Jason Lindo purports to rely on, and Defendants do not believe the parties will be able to resolve this dispute without the Court's intervention.  That impasse compelled Defendants to renew their additional, renewed motion.

Given that the hearing on Plaintiffs' TOR/PI hearing is less than two business days away, any further delay in resolving this matter will only further prejudice Defendants' ability to prepare.  Therefore, if the Court believes a hearing is necessary, Defendants request one today.  Alternatively, if that is not possible, Defendants request that the Court resolve Defendants' motion—which is substantially identical to what Defendants filed more than *two weeks*  ago—on the papers.  If neither is possible, Defendants will be available for a hearing at the Court's convenience, though the proposed hearing time will leave Defendants' unable to adequately review any produced material before the TRO/PI hearing.  As a result, in that event, Defendants' request that the Court reschedule the preliminary injunction hearing at a date that gives Defendants' adequate time to review any produced material.

Nicholas Bronni


**Nicholas J. Bronni**
Solicitor General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
501.682.6302 | 501.682.2000
Nicholas.bronni@arkansasag.gov | ArkansasAG.gov


**From:** Jacob_White@ared.uscourts.gov [mailto:Jacob_White@ared.uscourts.gov]
**Sent:** Thursday, July 18, 2019 3:48 PM
**To:** beckywesth@gmail.com; bettinabrownstein@gmail.com; Jennifer Merritt; kendallturner@omm.com; kscavone@omm.com; lgodesky@omm.com; mai.ratakonda@ppfa.org; mburrows@aclu.org; Michael Cantrell; Nicholas Bronni; tcamp@aclu.org; tsimeone@omm.com; Vincent Wagner
**Cc:** Tracy_Washington@ared.uscourts.gov
**Subject:** 4:19-cv-00449-KGB Little Rock Family Planning Services et al v. Rutledge et al

Dear Counsel:

The Court has under advisement defendants' renewed motion for expedited prehearing discovery, or

Court's Exhibit A

alternatively to strike the declaration of Jason Lindo (Dkt. No. 56).  If the parties are unable to resolve this matter before then, the Court is available for a telephonic hearing on this motion at 2:00 p.m. C.T. tomorrow, July 19, 2019.  Before entering a notice of hearing, the Court wants to confirm that counsel for the parties are available at that time for this telephonic hearing, if necessary.  Unless the Court hears otherwise from the parties by 4:45 p.m. C.T. today, the Court will enter a notice of telephonic hearing for tomorrow at 2:00 p.m. C.T.

Best,

Jacob White
Law Clerk to U.S. District Judge Kristine G. Baker
500 W. Capitol Avenue
Little Rock, Arkansas 72201
501-604-5420
jacob_white@ared.uscourts.gov