**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LITTLE ROCK FAMILY**                                                             **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*

**v.**                                **Case No. 4:19-cv-00449 KGB**

**LESLIE RUTLEDGE,** *et al.*                                          **DEFENDANTS**

### ORDER

Before the Court is defendants' renewed motion for expedited prehearing discovery, or alternatively to strike the declarations of Jason Lindo (Dkt. No. 56). On July 19, 2019, the Court held a teleconference hearing with the parties on this motion. For the reasons stated in open court, and because defendants filed a joint status report to the Court representing the parties' discovery agreements at this stage of the litigation (Dkt. No. 40) and a response to plaintiffs' motion for temporary restraining order and/or preliminary injunction (Dkt. No. 43) without raising this discovery dispute, the Court denies without prejudice defendants' renewed motion (Dkt. No. 56). The Court enters by separate Order a Protective Order and understands, based on representations by plaintiffs' counsel, that with the entry of the Protective Order the discovery agreements described by the parties to the Court in the joint status report remain in force and effect.

It is so ordered this 19th day of July 2019.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge