**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | Case No. 4:19-cv-00449-KGB |
| LESLIE RUTLEDGE, et al., | |
| Defendants. | |

## THE LRFP PLAINTIFFS' SUPPLEMENTAL REBUTTAL WITNESS LIST

Pursuant to the Court's July 5, 2019 Order and Notice of Hearing (Dkt. No. 31), the LRFP Plaintiffs submit the following supplemental rebuttal expert witness whom they intend to call or may call at the hearing scheduled for July 22, 2019:

Frederick W. Hopkins, M.D., M.P.H.

Dated: July 20, 2019

Respectfully submitted,

Leah Godesky*
Kelly Scavone*
Attorneys for Plaintiffs
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
lgodesky@omm.com
kscavone@omm.com
Tel: (212) 326-2254
Fax: (212) 326-2061

Kendall Turner*
Attorney for Plaintiffs
O'Melveny & Myers LLP
1625 Eye St. NW
Washington, DC 20006
kendallturner@omm.com
Tel: (202) 383-5300

Taylor Simeone*
Attorney for Plaintiffs
O'Melveny & Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
tsimeone@omm.com
Tel: (310) 553-6700

Meagan Burrows*
Susan Talcott Camp*
American Civil Liberties Union
Foundation
125 Broad St, 18th Floor
New York, NY 10001
mburrows@aclu.org
tcamp@aclu.org
Tel: (212) 549-2633

*Attorneys for Plaintiffs LRFP and Dr.
Thomas Tvedten*

Maithreyi Ratakonda*
Planned Parenthood Federation of
America
123 William St., 9th Fl.
New York, NY 10038
mai.ratakonda@ppfa.org
Tel: (212) 261-4405

*Attorney for Plaintiffs PPAEO and Dr.
Stephanie Ho*

*\* Motion for admission pro hac vice
granted*

Bettina Brownstein (AR Bar No. 85019)
Bettina E. Brownstein Law Firm
904 West 2nd Street, Suite 2
Little Rock, AR 72201
bettinabrownstein@gmail.com
Tel: (501) 920-1764

*On Behalf of the Arkansas Civil Liberties Union
Foundation, Inc.*
*Attorney for Plaintiffs*

Rebecca Rhodes Jackson (AR Bar No. 2017079)
904 West 2nd Street
Little Rock, AR 72201
beckywesth@gmail.com
Tel: (314) 440-6265

*On Behalf of the Arkansas Civil Liberties Union
Foundation, Inc.*
*Attorney for Plaintiffs LRFP and
Dr. Thomas Tvedten*