IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:19-cv-00449-KGB |

**DECLARATION OF JASON LINDO, PH.D.**

I, Jason Lindo, Ph.D., declare the following under 28 U.S.C. § 1746 and penalty of perjury:

1. During yesterday's hearing, I was asked whether the data on which I relied in estimating the impact of the OBGYN requirement shows that Dr. Hopkins provided 28 abortions during a single day on April 28, 2018. I responded that I would want to take a closer look at the data. I was also asked whether the data on which I relied shows that Dr. Horton performed 46 procedures on April 11, 2018.

2. After today's hearing, I took a closer look at the data set on which I relied, and determined that counsel for Plaintiffs sent me two spreadsheets with LRFP's abortion-care data: (i) one that covered May 1, 2016 to April 30, 2018, and (ii) one that covered April 1, 2018 to April 30, 2019. I have examined the copy of my reliance material that counsel for Plaintiffs provided counsel for Defendants over the weekend, and it appears that the two Excel spreadsheets on which I relied were merged, and thus all April 2018 entries were produced in duplicate.

1

      3.      Thus, Dr. Hopkins provided 14 abortions on April 28, 2018, and my assumption that he has historically provided up to 21 abortions a single day continues to be accurate. And rather than 46 abortions on April 11, 2008, Dr. Horton provided only 23.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __23__ day of July, 2019

_____

Jason Lindo, Ph.D.