IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LITTLE ROCK FAMILY                                            PLAINTIFFS
PLANNING SERVICES, *et al.*,

v.                  Case No. 4:19-cv-00449-KGB

LESLIE RUTLEDGE, in her
official capacity as Attorney General
of the State of Arkansas, *et al.*,                                DEFENDANTS

## ORDER

Before the Court is defendants' motion for expedited preliminary-injunction-proceeding discovery and to shorten plaintiffs' time to respond to this motion (Dkt. No. 86). To the extent plaintiffs wish to respond to defendants' motion, the Court directs them to do so by 12:00 p.m. noon C.T. on Monday, July 29, 2019.

So ordered this 26th day of July 2019.

_____
Kristine G. Baker
United States District Judge