# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LITTLE ROCK FAMILY**  **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*,

v.   Case No. 4:19-cv-00449-KGB

**LESLIE RUTLEDGE, in her**
**official capacity as Attorney General**
**of the State of Arkansas,** *et al.*,   **DEFENDANTS**

## NOTICE OF HEARING

Pending before the Court is plaintiffs' emergency motion for an order enforcing plaintiffs' confidentiality designations and imposing sanctions (Dkt. No. 90). Attached to that motion is a "Notice of Challenge of Designation of Exhibits as 'Confidential'" allegedly served upon plaintiffs by defendants (Dkt. No. 90-1). In that notice, defendants state that "[a]bsent an adequate explanation from Plaintiffs and an agreement of the parties no later than Noon Central Time on Monday, July 29, 2019[,] concerning these materials, pursuant to the terms of the Court's Protective Order, Defendants will consider Plaintiffs' confidentiality claims waived and file these exhibits on the public docket." (*Id*., at 4). In the light of this notice, plaintiffs ask the Court to issue an order stating that the patient data at issue is properly designated confidential or provide plaintiffs until August 5, 2019, to file a motion for a protective order, providing that the patient data remain confidential in the interim (Dkt. No. 90, at 9). Plaintiffs also ask the Court to admonish defendants for their conduct and order defendants to pay all costs and fees associated with this motion (*Id*.).

Given the immediate nature of and need for the relief sought in that motion, the Court will hold a hearing with the parties today, Monday, July 29, 2019, beginning at 11:00 a.m. C.T. at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas,

2

Room No. 4C. The Court specifically directs that attorney Michael Cantrell, who sent the email transmitting defendants' notice of their challenge to plaintiffs' designation of certain exhibits as confidential, be present on behalf of defendants. A representative for plaintiffs must also be present. Any other attorney for the parties may, if they wish, participate *via* telephone. The call-in information is as follows:

- Dial-in number:   (877) 402-9753
- Access code:      5922777

So ordered this the 29th day of July 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge