IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | Case No. 4:19-cv-00449-KGB |
| LESLIE RUTLEDGE, et al., | |
| Defendants. | |

**DECLARATION OF LEAH GODESKY, ESQ.**

I, Leah Godesky, Esq., declare the following under 28 U.S.C. § 1746 and penalty of perjury:

1.    I am an attorney admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of O'Melveny & Myers LLP, with an office located at 7 Times Square, New York, New York, 10036. O'Melveny & Myers LLP is counsel to all Plaintiffs in this action. I respectfully submit this declaration in support of Plaintiffs' Opposition to Defendants' Request For a Preliminary Injunction Hearing. I submit this declaration based on my personal knowledge and review of the documents referenced herein. If called and sworn as a witness, could and would testify competently thereto.

2.    Attached as **Exhibit 1** (filed under seal) is a true and correct copy of the Excel spreadsheet containing May 1, 2016 to April 30, 2018 LRFP abortion-care data on which Dr. Jason Lindo relied, and which Plaintiffs' counsel provided him before he rendered expert opinions in this case.

1

3.      Attached as **Exhibit 2** (filed under seal) is a true and correct copy of the Excel spreadsheet containing April 1, 2018 to April 30, 2019 LRFP abortion-care data on which Dr. Jason Lindo relied, and which Plaintiffs' counsel provided him before he rendered expert opinions in this case.

4.      Attached as **PX0062** (filed under seal) is a true and correct copy of the Excel spreadsheet that Plaintiffs' counsel sent Defendants' counsel on July 20, 2019, which merged Exhibits 1 and 2, thereby resulting in duplicate April 2018 entries.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of July, 2019

*[signature]*

Leah Godesky