# Exhibit 1
# Declaration of Leah Godesky
# **Filed Under Seal**

*Little Rock Family Planning v. Rutledge*, No. 4:19-cv-00449