IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK FAMILY PLANNING SERVICES**, *et al.*,                                                      **PLAINTIFFS**,

v.                                      Case No. 4:19-cv-00449-KGB

**LESLIE RUTLEDGE**, in her official capacity as
Attorney General of the State of Arkansas, *et al.*,                                      **DEFENDANTS**.

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO STRIKE AND FOR OTHER APPROPRIATE RELIEF**

Pursuant to Local Rule 7.2, Defendants respectfully request leave to file the attached reply in support of their motion to strike and for other appropriate relief (DE 109).

| | |
|---|---|
| Dated: August 6, 2019 | Respectfully submitted, |
| | LESLIE RUTLEDGE<br>Attorney General |
| | Nicholas J. Bronni (2016097)<br>  Solicitor General<br>Vincent M. Wagner (2019071)<br>  Deputy Solicitor General<br>Michael A. Cantrell (2012287)<br>Dylan L. Jacobs (2016167)<br>  Assistant Solicitors General<br>Jennifer L. Merritt (2002148)<br>  Senior Assistant Attorney General<br>OFFICE OF THE ARKANSAS<br>  ATTORNEY GENERAL<br>323 Center Street, Suite 200<br>Little Rock, Arkansas  72201<br>(501) 682-2007<br>(501) 682-2591 (fax)<br>nicholas.bronni@arkansasag.gov |
| | *Counsel for Defendant* |