# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date 8/7/2019

**Caption:** Little Rock Family Planning Services et al v. Rutledge et al

**Case No.:** 4:19-cv-00449-KGB

**Appellant:** Leslie Rutledge, Larry Jegley, Matt Durrett, Sylvia D Simon, et al.*

**Appellant's Attorney(s):** Nicholas Jacob Bronni, Dylan L. Jacobs, Jennifer L. Merritt, et al.*

**Appellees:** Little Rock Family Planning Services, et al.*

**Appellee's Attorney(s):** Bettina E. Brownstein, Kelly M. Scavone, Kendall Turner, et al.

**Court Reporter(s):** Elaine Hinson, Judy Ammons, Christa Jacimore, Margie Kruse

**Name of Person who prepared appeal:** Crystal Newton, Deputy Clerk 501-604-5355

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| N/A | N | N | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Retained | Y** |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** _____

**Where?** _____
**Address of Defendant:** _____

**Please list all other defendants in this case if there were multiple defendants:**
_____

**Special Comments:** *Please see docket sheet for a complete list of parties and counsel
**DE #57 Motion to Dismiss, #90 Emergency Motion to Enforce, #109 Motion to Strike #113 Motion for Leave to File, #121 Motion for Leave to File Reply