**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 09, 2019

Mr. Nicholas Jacob Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

4:19-cv-00449-KGB

RE: 19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

TMF

Enclosure(s)

cc: Ms. Julia Carol Benafield
Ms. Bettina E. Brownstein
Meagan M. Burrows
Ms. Susan Talcott Camp
Mr. Michael A. Cantrell
Leah Godesky
Ms. Elaine M Hinson
Ms. Rebecca Rhodes Jackson
Mr. Dylan L. Jacobs
Mr. Jim McCormack
Ms. Jennifer L. Merritt
Ms. Maithreyi Ratakonda
Kelly M. Scavone
Taylor Simeone
Ms. Kendall Turner
Mr. Vincent M. Wagner

District Court/Agency Case Number(s): 4:19-cv-00449-KGB

**Caption For Case Number: 19-2690**

Little Rock Family Planning Services; Planned Parenthood of Arkansas & Eastern Oklahoma, doing business as Planned Parenthood Great Plains; Stephanie Ho, MD, M.D. on behalf of herself and her patients; Tom Tvedten, M.D., on behalf of himself and his patients

Plaintiffs - Appellees

v.

Leslie Rutledge, in her official capacity as Attorney General of the State of Arkansas; Larry Jegley, in his official capacity as Prosecuting Attorney of Pulaski County; Matt Durrett, in his official capcity as Prosecuting Attorney of Washington County; Sylvia D. Simon, M.D., in her official capacity as Chairman of Arkansas State Medical Board; Robert Breving, Jr., M.D., in his official capacity as member of the Arkansas State Medical Board; Veryl D. Hodges, D.O., in his official capacity as member of the Arkanas State Medical Board; John H. Scribner, M.D., in his official capacity as member of the Arkansas State Medical Board; Omar Atiq, M.D., in his official capacity as member of the Arkansas State Medical Board; Rhys L. Branman, M.D., in his official capacity as member of the Arkansas State Medical Board; Rodney Griffin, M.D., in his official capacity as member of the Arkansas State Medical Board; Marie Holder, in her official capacity as member of the Arkansas State Medical Board; Brian T. Hyatt, M.D., in his official capacity as member of the Arkansas State Medical Board; Larry D. Lovell, "Buddy" in his offical capacity as member of the Arkansas State Medical Board; Timothy C. Paden, M.D., in his official capacity as member of the Arkansas State Medical Board; Don R. Phillips, M.D., in his offical capacity as member of the Arkansas State Medical Board; William L. Rutledge, M.D., in his offical capacity as member of the Arkansas State Medical Board; David L. Staggs, M.D., in his official capacity as member of the Arkansas State Medical Board; Nathan Smith, M.D., M.P.H., in his official capacity as Director and State Health Officer of the Arkansas Department of Health

Defendants - Appellants

**Addresses For Case Participants: 19-2690**

Mr. Nicholas Jacob Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Ms. Julia Carol Benafield
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Ms. Bettina E. Brownstein
904 W. Second Street
Little Rock, AR 72201-0000

Meagan M. Burrows
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY 10004-0000

Ms. Susan Talcott Camp
AMERICAN CIVIL LIBERTIES UNION
ACLU of New York
125 Broad Street
New York, NY 10004-2400

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
Suite 200
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Leah Godesky
O'MELVENY & MYERS
Times Square Tower
7 Times Square
New York, NY 10036-0000

Ms. Elaine M Hinson
C411
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Ms. Rebecca Rhodes Jackson
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway

Saint Louis, MO 63102-2186

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR 72201-0000

Ms. Jennifer L. Merritt
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Ms. Maithreyi Ratakonda
PLANNED PARENTHOOD FEDERATION OF AMERICA
9th Floor
123 William Street
New York, NY 10038

Kelly M. Scavone
O'MELVENY & MYERS
Times Square Tower
7 Times Square
New York, NY 10036-0000

Taylor Simeone
O'MELVENY & MYERS
1999 Avenue of the Stars
Century City, CA 90067

Ms. Kendall Turner
O'MELVENY & MYERS
1625 Eye Street, N.W.
Washington, DC 20006-4001

Mr. Vincent M. Wagner
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000



19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al "CIVIL case docketed" (4:19-cv-00449-KGB)
ca08ml_cmecf_Notify to: 08/09/2019 04:39 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/09/2019

| | |
|---|---|
| **Case Name:** | Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al |
| **Case Number:** | 19-2690 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4817833] [19-2690] (Taisha Foster)

**Notice will be electronically mailed to:**

Mr. Nicholas Jacob Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Ms. Susan Talcott Camp, Deputy Director: tcamp@aclu.org, sfermin@aclu.org
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Leah Godesky: lgodesky@omm.com
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Ms. Rebecca Rhodes Jackson: beckywesth@gmail.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer L. Merritt: Jennifer.Merritt@ArkansasAG.gov, toni.hamp@arkansasag.gov, agcivil@arkansasag.gov
Ms. Maithreyi Ratakonda: mai.ratakonda@ppfa.org, annie.mason@ppfa.org, jessica.quinter@ppfa.org, angela.wu@ppfa.org
Kelly M. Scavone: kscavone@omm.com
Taylor Simeone: tsimeone@omm.com
Ms. Kendall Turner: kendallturner@omm.com, kendall-turner-0005@ecf.pacerpro.com
Mr. Vincent M. Wagner: vincent.wagner@arkansasag.gov, cheryl.hall@arkansasag.gov

**Notice will be mailed to:**

Ms. Julia Carol Benafield
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Meagan M. Burrows
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY 10004-0000

The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/TaishaFoster_192690_4817833_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/09/2019] [FileNumber=4817833-0]
[68f101fc57d29c6e264acb49519057641f511801f41532e6d263c7b970f045efdd388f8a726b3ee3
515865f545dfd2047b81c9e93d1827fc439065830bb74c1d]]
**Recipients:**

- Ms. Julia Carol Benafield
- Mr. Nicholas Jacob Bronni
- Ms. Bettina E. Brownstein
- Meagan M. Burrows
- Ms. Susan Talcott Camp, Deputy Director
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Leah Godesky
- Ms. Elaine M Hinson, Court Reporter
- Ms. Rebecca Rhodes Jackson
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Jim McCormack, Clerk of Court
- Ms. Jennifer L. Merritt
- Ms. Maithreyi Ratakonda
- Kelly M. Scavone
- Taylor Simeone
- Ms. Kendall Turner
- Mr. Vincent M. Wagner

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4817833
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6347566, 6347567

# UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No. 19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al

Date: August 09, 2019

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
   Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at: www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

**APPEAL BRIEFING SCHEDULE**
**FILING DATES:**

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Transcript . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/18/2019**
**( Elaine M Hinson )**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/30/2019**
**( Leslie Rutledge et. al)**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **09/30/2019**
**( Leslie Rutledge et. al )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues the Notice of Docket Activity filing the brief.**

**ALL BRIEFS AND APPENDICES SHOULD BE**
**FILED WITH THE ST. LOUIS OFFICE**



19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al "Civil Briefing Schedule Set" (4:19-cv-00449-KGB)
ca08ml_cmecf_Notify to: 08/09/2019 04:51 PM

*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 08/09/2019

| | |
|---|---|
| **Case Name:** | Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al |
| **Case Number:** | 19-2690 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Transcript due on or before 09/18/2019. Appendix due 09/30/2019. BRIEF APPELLANT, Omar Atiq, Rhys L. Branman, Robert Breving Jr., Matt Durrett, Rodney Griffin, Veryl D. Hodges, Marie Holder, Brian T. Hyatt, Larry Jegley, Larry D. Lovell, Timothy C. Paden, Don R. Phillips, Leslie Rutledge, William L. Rutledge, John H. Scribner, Sylvia D. Simon, Nathan Smith and David L. Staggs due 09/30/2019
Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 21 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4817840] [19-2690] (Taisha Foster)

**Notice will be electronically mailed to:**

Mr. Nicholas Jacob Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Ms. Susan Talcott Camp, Deputy Director: tcamp@aclu.org, sfermin@aclu.org
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Leah Godesky: lgodesky@omm.com
Ms. Elaine M Hinson, Court Reporter: elaine_hinson@ared.uscourts.gov
Ms. Rebecca Rhodes Jackson: beckywesth@gmail.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov

Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Jennifer L. Merritt: Jennifer.Merritt@ArkansasAG.gov, toni.hamp@arkansasag.gov, agcivil@arkansasag.gov
Ms. Maithreyi Ratakonda: mai.ratakonda@ppfa.org, annie.mason@ppfa.org, jessica.quinter@ppfa.org, angela.wu@ppfa.org
Kelly M. Scavone: kscavone@omm.com
Taylor Simeone: tsimeone@omm.com
Ms. Kendall Turner: kendallturner@omm.com, kendall-turner-0005@ecf.pacerpro.com
Mr. Vincent M. Wagner: vincent.wagner@arkansasag.gov, cheryl.hall@arkansasag.gov

**Notice will be mailed to:**

Ms. Julia Carol Benafield
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR 72201-0000

Meagan M. Burrows
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY 10004-0000

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/TaishaFoster_192690_4817840_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/09/2019] [FileNumber=4817840-0]
[483ba697bd98896c23de0ef476a0f3205ba221e953604da7f9bfdb7f3b4d40a8689cb556a0316081
8f7de350279b0723492b5742d8618b7d901642667fb22012]]
**Recipients:**

- Ms. Julia Carol Benafield
- Mr. Nicholas Jacob Bronni
- Ms. Bettina E. Brownstein
- Meagan M. Burrows
- Ms. Susan Talcott Camp, Deputy Director
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Leah Godesky
- Ms. Elaine M Hinson, Court Reporter
- Ms. Rebecca Rhodes Jackson
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Jim McCormack, Clerk of Court

- Ms. Jennifer L. Merritt
- Ms. Maithreyi Ratakonda
- Kelly M. Scavone
- Taylor Simeone
- Ms. Kendall Turner
- Mr. Vincent M. Wagner

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4817840
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6347579, 6347580