**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LITTLE ROCK FAMILY PLANNING SERVICES**, *et al.*,                                         **PLAINTIFFS**,

v.                              Case No. 4:19-cv-00449-KGB

**LESLIE RUTLEDGE**, in her official capacity as
Attorney General of the State of Arkansas, *et al.*,                                         **DEFENDANTS**.

**NOTICE OF CHALLENGE OF DESIGNATION OF EXHIBITS AS "CONFIDENTIAL"**

Pursuant to paragraph 5 of the Protective Order, DE 69, entered in the above-entitled case, Defendants challenge the designation of the following exhibits as "confidential":

1. Plaintiffs' Exhibit 62 (PDF version)

2. Plaintiffs' Exhibit 73 (PDF version)

3. Plaintiffs' "Exhibit A" containing Planned Parenthood data (PDF version)

4. Plaintiffs' Exhibit 62 (Excel version)

5. Plaintiffs' Exhibit 73 (Excel version)

6. Plaintiffs' "Exhibit A" containing Planned Parenthood data (Excel version)

The information contained within these exhibits does not qualify as confidential under the terms of the Court's Protective Order, including the definition of "Confidential" in paragraph 3. These exhibits contain no information that could jeopardize the privacy or safety of, or otherwise injure, the Plaintiffs' staff, physicians, patients, or others. They do not include proprietary or other sensitive business information, confidential research, development or commercial information, or information implicating privacy interests.

Further, Defendants note that the Plaintiffs have recently filed on the public docket abortion data for each Arkansas county, including information concerning the type of procedure performed, in the affidavit of Priya Kakkar. DE 82-1 (filed July 23, 2019).

MOTION EXHIBIT A

2

Please consider this to be Defendants' written notice and initiation of a good-faith effort to resolve this matter. Pursuant to paragraph 5 of the Court's Protective Order, it is Plaintiffs' obligation to explain why they believe these materials are confidential and seek relief from the Court if the parties cannot resolve this matter. Absent an adequate explanation from Plaintiffs and an agreement of the parties no later than Noon Central Time on Monday, July 29, 2019 concerning these materials, pursuant to the terms of the Court's Protective Order, Defendants will consider Plaintiffs' confidentiality claims waived and file these exhibits on the public docket.

Dated:  July 26, 2019

Respectfully submitted,

LESLIE RUTLEDGE
Attorney General

Nicholas J. Bronni (2016097)
  Solicitor General
Vincent M. Wagner (2019071)
  Deputy Solicitor General
Michael A. Cantrell (2012287)
  Assistant Solicitor General
OFFICE OF THE ARKANSAS
  ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-2007
(501) 682-8162 (fax)
michael.cantrell@arkansasag.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I, Michael A. Cantrell, certify that on July 26, 2019, I served the foregoing on the following:

Bettina E. Brownstein
bettinabrownstein@gmail.com

Kelly M. Scavone
kscavone@omm.com

Kendall Turner
kendallturner@omm.com

Leah Godesky
lgodesky@omm.com

Maithreyi Ratakonda
mai.ratakonda@ppfa.org

Meagan M. Burrows
mburrows@aclu.org

Rebecca R. Jackson
beckywesth@gmail.com

Susan Talcott Camp
tcamp@aclu.org

Taylor Simeone
tsimeone@omm.com

                                                */s/* Michael A. Cantrell
                                                Michael A. Cantrell