## Michael Cantrell

| | |
|---|---|
| **From:** | Michael Cantrell |
| **Sent:** | Monday, July 29, 2019 9:57 AM |
| **To:** | 'Godesky, Leah'; Jacob_White@ared.uscourts.gov |
| **Cc:** | Turner, Kendall; Simeone, Taylor S.; Scavone, Kelly M.; bettinabrownstein@gmail.com; 'beckywesth@gmail.com'; mburrows@aclu.org; mai.ratakonda@ppfa.org; Nicholas Bronni; Dylan Jacobs; Vincent Wagner; Jennifer Merritt; tcamp@aclu.org |
| **Subject:** | RE: LRFP v. Rutledge (Case No. 4:19-cv-00449) - Motion for Emergency Relief and Sanctions |

Mr. White-

Plaintiffs' email to the Court is the first response that Defendants have received to our effort to exercise our rights under the Protective Order. Rather than attempt to negotiate in good faith, as required to do by paragraph 5 of the Protective Order, Plaintiffs waited two-and-a-half days after we served our notice before filing an "emergency" motion this morning. Defendants have no intention of filing the exhibits to the public docket while this Court reviews Plaintiffs' blanket, erroneous designation of those exhibits as confidential.   Defendants intend to respond to Plaintiffs' motion, but it is not practical to do so by noon since Plaintiffs did not file until after 9:00 AM and made no effort to inform Defendants in advance that they would be filing a motion.

Respectfully,


**Michael A. Cantrell**
Assistant Solicitor General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.2401| Cell: 501.813.0857 | Fax: 501.682.2591
Michael.Cantrell@ArkansasAG.gov | ArkansasAG.gov



---

**From:** Godesky, Leah [mailto:lgodesky@omm.com]
**Sent:** Monday, July 29, 2019 9:06 AM
**To:** Jacob_White@ared.uscourts.gov
**Cc:** Turner, Kendall; Simeone, Taylor S.; Scavone, Kelly M.; bettinabrownstein@gmail.com; 'beckywesth@gmail.com'; mburrows@aclu.org; mai.ratakonda@ppfa.org; Nicholas Bronni; Dylan Jacobs; Vincent Wagner; Jennifer Merritt; tcamp@aclu.org; Michael Cantrell
**Subject:** LRFP v. Rutledge (Case No. 4:19-cv-00449) - Motion for Emergency Relief and Sanctions

Mr. White,

Attached is a copy of the motion for emergency relief and sanctions that Plaintiffs filed a few minutes ago in the above-referenced matter.  We're sending a copy to the Court directly because, as detailed in the attached motion, Defendants are threatening to publicly file Plaintiffs' patients' confidential information on the public

docket <u>at noon CST today</u>, and Plaintiffs respectfully request emergency relief from the Court.

Plaintiffs are available to discuss the situation at the Court's request, and respectfully inform the Court of their unavailability between 1-2pm CST today due to a pre-existing client-matter conflict.

Respectfully,
Leah Godesky

## O'Melveny

**Leah Godesky**
lgodesky@omm.com
O: +1-212-326-2254

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY  10036

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*