**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 4 2019

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT073473
Cashier ID: japige
Transaction Date: 08/14/2019
Payer Name: ARKANSAS STATE OF
-------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: ARKANSAS STATE OF
 Case/Party: D-ARE-4-19-CV-000449-001
 Amount:         $505.00
-------------------------------
CHECK
 Check/Money Order Num: 2010061773
 Amt Tendered: $505.00
-------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```