**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, in her official capacity as Attorney General of the State of Arkansas, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:19-cv-00449-KGB<br><br>**PLAINTIFFS LITTLE ROCK FAMILY PLANNING SERVICES AND DR. THOMAS TVEDTEN'S STATUS REPORT** |

Plaintiffs LRFP and Dr. Tvedten (together, the "LRFP Plaintiffs") respectfully submit this status report to inform the Court and Defendants of developments relating to their challenge to the OBGYN Requirement.

In connection with LRFP's ongoing efforts to comply with the OBGYN Requirement, LRFP recently extended offers to two board-certified OBGYNs to begin working at LRFP: [redacted] and Natalie Gladstein.[1]  [redacted] lives in California and does not intend to relocate to Arkansas.[2]  He is currently scheduled to provide care at LRFP for two days in November 2019, and is not yet scheduled to return to LRFP after this November visit.[3]  If [redacted] later returns to LRFP, he cannot do so more than once every-other month for approximately two or three days at a time.  Personal and professional obligations prevent [redacted] from providing care at LRFP any more frequently.[4]

Dr. Gladstein lives in Memphis, Tennessee and also does not intend to relocate to Arkansas.[5]  She is scheduled to provide care at LRFP under Dr. Tvedten's supervision for two days later this week,[6] and LRFP anticipates that she may provide care at LRFP at most one day a week beginning in October 2019.[7]  Although [redacted] and Gladstein are trained in medical and surgical abortion care,[8] Dr. Gladstein is currently trained to independently provide care up to only 19.6 weeks LMP, and the clinic routinely provides care up to 21.6 weeks.[9]  Accordingly,

---

[1] September 24, 2019 Declaration of Lori Williams (the "Williams Decl.") ¶ 2.
[2] September 24, 2019 Declaration of [redacted] (the "[redacted] Decl.") ¶ 3.
[3] *Id.* ¶ 3; *see also* Williams Decl. ¶ 4.
[4] [redacted] Decl. ¶ 3.
[5] September 24, 2019 Declaration of Natalie Gladstein (the "Gladstein Decl.") ¶ 3.
[6] Williams Decl. ¶ 5.
[7] Williams Decl. ¶ 5.
[8] Williams Decl. ¶ 3.
[9] Williams Decl. ¶ 5; Gladstein Decl. ¶ 2.

Dr. Tvedten would need to train Dr. Gladstein to competence in procedures through 21.6 weeks before she could perform those procedures on her own at LRFP.[10]

Neither physician has committed to provide care at LRFP on a long-term basis, and their personal and professional obligations in their home States and in other States preclude them from providing care at LRFP at anything approaching a full-time basis.[11]  Moreover, Dr. Gladstein cannot commit to providing care at LRFP on a long-term basis because she anticipates moving to Michigan in 2020.[12]

Given the substantial uncertainties associated with this newly developing information, which the LRFP Plaintiffs disclose preliminarily in an abundance of caution and in the spirit of full disclosure, the LRFP Plaintiffs cannot reasonably evaluate any potential change with regard to the burdens associated with the OBGYN Requirement.  Accordingly, the LRFP Plaintiffs respectfully request that the Court (i) take no action with regard to the preliminary injunction barring enforcement of the OBGYN Requirement, and (ii) order Plaintiffs to provide a report on ▬▬▬▬▬ and Gladstein's status at LRFP in 60 days.

---

[10] Gladstein Decl. ¶ 2.
[11] Williams Decl. ¶¶ 4, 5; ▬▬▬ Decl. ¶ 3; Gladstein Decl. ¶ 3.
[12] Gladstein Decl. ¶ 3.

Dated: September 25, 2019

Respectfully submitted,

Leah Godesky*
Kelly Scavone*
Attorneys for Plaintiffs
O'Melveny and Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
lgodesky@omm.com
kscavone@omm.com
Tel: (212) 326-2254
Fax: (212) 326-2061

Kendall Turner*
Attorney for Plaintiffs
O'Melveny and Myers LLP
1625 Eye St. NW
Washington, DC 20006
(202) 383-5300
kendallturner@omm.com

Taylor Simeone*
Attorney for Plaintiffs
O'Melveny and Myers LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
tsimeone@omm.com
(310) 553-6700

Meagan Burrows*
Susan Talcott Camp*
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10001
mburrows@aclu.org
tcamp@aclu.org
(212) 549-2633

*Attorneys for Plaintiffs LRFP and Dr. Thomas Tvedten*

Maithreyi Ratakonda*
Planned Parenthood Federation of America
123 William St., 9th Fl.
New York, NY 10038
mai.ratakonda@ppfa.org
(212) 261-4405

*Attorney for Plaintiffs PPAEO and Dr. Stephanie Ho*

*\* Motion for admission pro hac vice granted*

Bettina Brownstein (AR Bar No. 85019)
Bettina E. Brownstein Law Firm
904 West 2nd Street, Suite 2
Little Rock, AR  72201
 (501) 920-1764 – Telephone
E-Mail: bettinabrownstein@gmail.com

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorney for Plaintiffs*

Rebecca Rhodes Jackson (AR Bar No. 2017079)
904 West 2nd Street
Little Rock, AR  72201
 (314) 440-6265 – Telephone
E-Mail:  beckywesth@gmail.com

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorney for Plaintiffs LFRP and Dr. Thomas Tvedten*