# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:19-cv-00449-KGB <br><br> **PLAINTIFFS LITTLE ROCK FAMILY PLANNING SERVICES AND DR. THOMAS TVEDTEN'S MOTION FOR EXPEDITED LEAVE TO FILE A SUPPLEMENTAL COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(d), Plaintiffs Little Rock Family Planning Services and Dr. Thomas Tvedten hereby move this Court for expedited leave to file a Supplemental Complaint, attached to this motion as Exhibit 1. The grounds for this motion are set forth in the following memorandum of law.

Dated: April 13, 2020

Respectfully submitted,

Leah Godesky*
Christopher Burke**
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
lgodesky@omm.com
cburke@omm.com
(212) 326-2254
Fax: (212) 326-2061

Kendall Turner*
Ashley Robertson**
Maya Zagayer**
O'Melveny & Myers LLP

<div style="display:flex">
<div>

Meagan Burrows*
Ruth E. Harlow**
American Civil Liberties Union Foundation
125 Broad St, 18th Floor
New York, NY 10001
mburrows@aclu.org
rharlow@aclu.org
(212) 549-2633

*Attorneys for Plaintiffs*

*\* Motion for admission pro hac vice granted*
*\*\* Motion for admission pro hac vice pending*

</div>
<div>

1625 Eye St. NW
Washington, DC 20006
(202) 383-5300
kendallturner@omm.com
arobertson@omm.com
mzagayer@omm.com

*Attorneys for Plaintiffs*

Bettina Brownstein (AR Bar No. 85019)
Bettina E. Brownstein Law Firm
904 West 2nd Street, Suite 2
Little Rock, AR 72201
bettinabrownstein@gmail.com
(501) 920-1764

Brooke-Augusta Ware (AR Bar No. 2004091)
Mann & Kemp, PLLC
221 West Second Street, Suite 408
Little Rock, Arkansas 72201
brooke@mannkemp.com
(501) 222-7330

*On Behalf of the Arkansas Civil Liberties Union Foundation, Inc.*
*Attorney for Plaintiffs*

</div>
</div>

2