# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES et al., <br><br> Plaintiffs, <br><br> v. <br><br> LESLIE RUTLEDGE, et al., <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 4:19-cv-00449-KGB |

### DECLARATION OF LEAH GODESKY, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

I, Leah Godesky, Esq., declare under 28 U.S.C. § 1746 and penalty of perjury that the following is true and correct:

1. I am an attorney at O'Melveny & Myers, LLP, counsel of record for Plaintiffs Little Rock Family Planning ("LRFP") and Dr. Thomas Tvedten (together, "Plaintiffs") in the above-captioned matter. I am a member in good standing of the State Bars of New York and Connecticut, and am admitted *pro hac vice* to represent Plaintiffs in this litigation.

2. I submit this Declaration in support of Plaintiffs' Motion for an *Ex Parte* Temporary Restraining Order and/or Preliminary Injunction relating to the State's enforcement of an April 10, 2020 Cease and Desist Order ("Order") by the Arkansas Department of Health to Little Rock Family Planning.

3. At approximately noon CST on April 22, 2020, I notified counsel for Defendants that Plaintiffs intended to seek an *ex parte* temporary restraining order barring enforcement of the Order to the extent that the Order's enforcement would prevent patients from obtaining pre-

21.6-week-LMP surgical abortion care in Arkansas before the Order is lifted.  As of this filing, Plaintiffs have not yet heard from counsel for Defendants.

4.      If the Order is enforced, Plaintiffs will have to turn away tomorrow at least two patients who will soon be past the legal limit for abortion care in Arkansas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April, 2020.

_____
Leah Godesky, Esq.