# EXHIBIT 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| LITTLE ROCK FAMILY PLANNING SERVICES et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LESLIE RUTLEDGE, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 4:19-cv-00449-KGB |

## DECLARATION OF LORI WILLIAMS, M.S.N, A.P.R.N., IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EX PARTE TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

I, Lori Williams, M.S.N., A.P.R.N., declare under 28 U.S.C. § 1746 and penalty of perjury that the following is true and correct:

1. I am a nurse practitioner and the Clinical Director of Plaintiff Little Rock Family Planning Services ("LRFP").

2. I submit this Declaration in support of Plaintiffs' April 22, 2020 Motion for a Temporary Restraining Order and/or Preliminary Injunction.

3. I submitted a Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction, executed on April 12, 2020 (Dkt. 134-2). I also submitted declarations in Opposition to Defendant-Appellants' Motion for a Stay of the Temporary Restraining Order and Petition for Mandamus, executed on April 16, 2020 and April 19, 2020, respectively. I now provide this supplemental declaration, and reaffirm and incorporate my earlier declarations by reference.

4. Under the terms of the April 3 Directive Regarding Elective Surgeries from the Arkansas Department of Health (Dkt. 134-7), LRFP can continue providing surgical abortions to the extent that LRFP clinicians exercise their good-faith, professional judgment to determine that the procedure cannot "be safely postponed," is "urgent," or delay would "risk … progression of staging of a … condition." *Id*.

5. Pursuant to the C&D Order (Dkt. 134-1), however, LRFP's clinicians cannot exercise their professional judgment to determine whether to provide surgical abortion care. Rather, LRFP must "immediately cease and desist the performance of surgical abortions, except where immediately necessary to protect the life or health of the patient." *Id*. at 2.

6. LRFP is scheduled to provide surgical abortion care to at least six patients who would be pushed past the legal limit for abortion care in Arkansas if forced to wait until May 11, 2020 (or longer), including two who are scheduled to begin a two-day procedure tomorrow, April 23, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22 day of April, 2020.

                                             _____
                                             Lori Williams, M.S.N., A.P.R.N.

2