THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK FAMILY PLANNING SERVICES,** *et al.*                                           **PLAINTIFFS**

v.                                     **Case No. 4:19-cv-00449-KGB**

**LESLIE RUTLEDGE, in her official capacity as Attorney**
**General of the State of Arkansas,** *et al.*                                                     **DEFENDANTS**

**ORDER**

On April 13, 2020, separate plaintiffs Little Rock Family Planning Services ("LRFP") and Thomas Tvedten, M.D., on behalf of himself and his patients (collectively, the "Supplemental Complaint Plaintiffs") filed a motion for expedited leave to file a supplemental complaint and a motion for an *ex parte* temporary restraining order and/or preliminary injunction (Dkt. Nos. 132, 134). The Court provisionally granted the Supplemental Complaint Plaintiffs' request to file a supplemental complaint in its April 14, 2020, Temporary Restraining Order (Dkt. No. 141).[1] In its Temporary Restraining Order, the Court committed to reconsidering the issues addressed therein upon submission of defendants' written arguments in this Court. Also on April 14, 2020, the Supplemental Complaint Plaintiffs filed their first supplemental complaint for injunctive and declaratory relief (Dkt. No. 142).

Defendants filed a response in opposition to the Supplemental Complaint Plaintiffs' April 13, 2020, motions on April 21, 2020 (Dkt. No. 153), to which the Supplemental Complaint

---

[1] Pursuant to the Mandate issued by the United States Court of Appeals for the Eighth Circuit on April 22, 2020, *see In re Rutledge*, No. 20-1791 (8th Cir. Apr. 22, 2020), the Court vacated the portion of the Temporary Restraining Order enjoining defendants from "enforcing the Challenged Provisions against any providers of surgical abortions in Arkansas to bar all surgical abortions, 'except where immediately necessary to protect the life or health of the patient.'" (Dkt. No. 154 (quoting Dkt. No. 141, at 21)). The Court left undisturbed its provisional grant of the Supplemental Complaint Plaintiffs' motion for expedited leave to file a supplemental complaint.

Plaintiffs replied on April 22, 2020 (Dkt. No. 158).  The Court has under advisement the issues raised in these filings.

On April 16, 2020, the Court set the Supplemental Complaint Plaintiffs' motion for a preliminary injunction for a hearing on April 24, 2020 (Dkt. No. 147).  On April 23, 2020, the Supplemental Complaint Plaintiffs filed a status report with the Court, noting that, "[d]uring a press conference yesterday afternoon, Governor Hutchinson and [Arkansas Department of Health's] Dr. Nathaniel Smith announced that ADH will release today a Directive that will (i) replace the April 3 Directive, and (ii) be effective April 27, 2020."  (Dkt. No. 166, at 2).  With respect to their first motion for a preliminary injunction, the Supplemental Complaint Plaintiffs indicated that they:

> intend to promptly assess the impact of the anticipated April 27 Directive on their First PI Motion, and are cognizant of the potential for a new Directive to necessitate a supplementation or withdrawal of the First PI Motion, or an amended constitutional challenge.  Plaintiffs do not want to waste the time and resources of the Court, parties, or witnesses by taking live testimony at the evidentiary hearing scheduled for tomorrow, April 24, 2020, that could be mooted within a matter of days by the new, April 27 Directive.  Plaintiffs therefore respectfully request that the Court cancel the hearing in view of the current uncertainty, and Plaintiffs will notify the Court next week regarding their intent relating to the First PI Motion.  In requesting that the hearing be canceled, Plaintiffs expressly reserve the right to seek to schedule an evidentiary hearing at a future date in connection with any supplemented or revised First PI Motion, or any amended constitutional challenge.

(*Id.*, at 3).

Thereafter, defendants informally contacted the Court to request that the April 24, 2020, preliminary injunction hearing be canceled.  Accordingly, the Court cancels the preliminary injunction hearing set for April 24, 2020.

In its status report, the Supplemental Complaint Plaintiffs also addressed their second motion for an *ex parte* temporary restraining order and/or preliminary injunction, filed on April 22, 2020 (Dkt. No. 164).  The Supplemental Complaint Plaintiffs:

> respectfully continue to seek emergency relief with regard to the April 3 Directive for patients who will be pushed past the legal limit for abortion care in Arkansas by the current Order. As explained in the Second TRO/PI motion, Plaintiffs are scheduled to treat two women today who will soon be past the legal limit for abortion care in this State, and are irreparably harmed every day that the Ban on surgical abortion care is enforced.

(Dkt. No. 166, at 3).

On its own motion, the Court shortens defendants' time to respond to the Supplemental Complaint Plaintiffs' second motion for an *ex parte* temporary restraining order and/or preliminary injunction to Monday, April 27, 2020, at 9:30 a.m. CT. The Court also shortens the Supplemental Complaint Plaintiffs' time to file a reply in support of its second motion for an *ex parte* temporary restraining order and/or preliminary injunction to Tuesday, April 28, 2020, at 9:30 a.m. CT. The Court has all of the issues raised in the parties' filings and this Order under advisement.

It is so ordered this 23rd day of April, 2020.

_____
Kristine G. Baker
United States District Judge