IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK FAMILY**                                              **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*

v.                          **Case No. 4:19-cv-00449 KGB**

**LESLIE RUTLEDGE,** *et al.*                                         **DEFENDANTS**

## ORDER

Before the Court is non-party Curtis J. Neeley, Jr.'s motion seeking leave to file attached amicus reply as an interested party *in forma pauperis* (Dkt. No. 113). In his motion, Mr. Neeley states that he is a uniquely interested party seeking leave to file an *amicus curiae* brief in the above styled action.

"District Courts have broad discretion in deciding whether to accept amicus briefs." *Gulf Underwriters Ins. Co. v. City of Council Bluffs*, No. 1:07-CV-00018-RP-TJS, 2011 WL 13285400, at *5 (S.D. Iowa Feb. 18, 2011) (quoting *Jamaica Hosp. Med. Ctr. v. United Health Grp.*, 584 F.Supp.2d 489, 497 (E.D.N.Y. 2008)). "The *amicus* privilege rests in the discretion of the court which may grant or refuse leave according[ly] as it deems the proffered information timely, useful, or otherwise." *United Fire & Cas. Co. v. Titan Contractors Serv., Inc.*, No. 4:10-CV-2076 CAS, 2012 WL 3065517, at *6 (E.D. Mo. July 27, 2012) (internal quotations and citations omitted).

In reviewing Mr. Neeley's motion, the Court determines that Mr. Neeley's position and interests as a concerned citizen are already properly before the Court in both plaintiffs and defendants' filings. Therefore, the Court exercises its discretion and denies Mr. Neeley's motion seeking leave to file attached amicus reply as an interested party *in forma pauperis* (Dkt. No. 113).

So ordered this 30th day of March, 2021.

_____
Kristine G. Baker
United States District Judge