IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LITTLE ROCK FAMILY** **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*

v.                          Case No. 4:19-cv-00449 KGB

**LESLIE RUTLEDGE,** *et al.*                          **DEFENDANTS**

## ORDER

In its March 31, 2021, Order, the Court directed the Clerk to remove docket entry 107 from the Court's electronic filing system and place it under seal (Dkt. No. 182, at 4). The Court also ordered plaintiffs to provide the Court and all counsel of record a redacted copy of docket entry 107. Plaintiffs submitted a redacted copy of docket entry 107 to the Court and counsel for defendants via electronic mail dated April 1, 2021. Defendants informed the Court via electronic mail dated April 2, 2021, that they do not oppose plaintiffs' proposed redactions to docket entry 107. *See* Court's Exhibit No. 1. Accordingly, the Court orders plaintiffs to provide the redacted document to the Clerk's office to substitute as the attachment for docket entry 107. The Court directs the Clerk to remove the sealed document from the record.

So ordered this 15th day of April, 2021.

*(signature)*
Kristine G. Baker
United States District Judge

| | |
|---|---|
| **From:** | Vincent Wagner |
| **To:** | "Meagan Burrows"; AREDdb_kgbchambers; Julie Benafield; Jennifer Merritt; Michael Cantrell; nicholas.bronni_arkansasag.gov; Dylan Jacobs |
| **Cc:** | bettinabrownstein@gmail.com; brooke@mannkemp.com; mai.ratakonda@ppfa.org; Godesky, Leah; Turner, Kendall |
| **Subject:** | RE: LRFP v. Rutledge, No. 4:19-cv-00449 (Redacted Copy Pursuant to Order on Motion to Enforce, Doc. 182) |
| **Date:** | Friday, April 2, 2021 12:22:28 PM |
| **Attachments:** | image001.png |

**CAUTION - EXTERNAL:**

Your Honor and Counsel,

Defendants have no objection to Ms. Burrows's proposed redactions.

Thank you very much,

Vincent

**Vincent M. Wagner**
Deputy Solicitor General

Office of Arkansas Attorney General Leslie Rutledge
323 Center Street, Suite 200
Little Rock, Arkansas 72201
(501) 682-8090
(501) 682-7395 (fax)

---

**From:** Meagan Burrows [mailto:mburrows@aclu.org]
**Sent:** Thursday, April 1, 2021 2:30 PM
**To:** kgbchambers@ared.uscourts.gov; Julie Benafield <Julie.benafield@arkansasag.gov>; Jennifer Merritt <jennifer.merritt@arkansasag.gov>; Michael Cantrell <michael.cantrell@arkansasag.gov>; Nicholas Bronni <nicholas.bronni@arkansasag.gov>; Dylan Jacobs <dylan.jacobs@arkansasag.gov>; Vincent Wagner <vincent.wagner@arkansasag.gov>
**Cc:** bettinabrownstein@gmail.com; brooke@mannkemp.com; mai.ratakonda@ppfa.org; Godesky, Leah <lgodesky@omm.com>; Turner, Kendall <kendallturner@omm.com>
**Subject:** LRFP v. Rutledge, No. 4:19-cv-00449 (Redacted Copy Pursuant to Order on Motion to Enforce, Doc. 182)

Counsel,

I write in response to the Court's March 31, 2021 Order (Doc. 182), which directs Plaintiffs to resend to the Court and to counsel the proposed redacted copy of Plaintiffs' original Response to the State's Opposition to LRFP Plaintiffs' Motion for a Preliminary Injunction (Doc. 107) for defendants to review. Attached please find the proposed redacted copy that Plaintiffs had previously tendered to the Court and defense counsel on August 1, 2019.

Court's Exhibit 1

Sincerely,

**Meagan Burrows**
Pronouns: she/her/hers
Staff Attorney | Reproductive Freedom Project
American Civil Liberties Union
125 Broad Street | New York, NY 10004
■ 212.549.2601 ■ mburrows@aclu.org
www.aclu.org



*This message may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply email that this message has been inadvertently transmitted to you and delete this email from your system.*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.