IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LITTLE ROCK FAMILY**                                                **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*

**v.**                          **Case No. 4:19-cv-00449 KGB**

**LESLIE RUTLEDGE,** *et al.*                                     **DEFENDANTS**

## ORDER

Before the Court is the motion of Vincent M. Wagner to withdraw as counsel (Dkt. No. 193). For good cause shown, the Court grants the motion (*Id.*). The Court directs the Clerk of Court to terminate Vincent M. Wagner as counsel of record for the defendants.

It is so ordered this 15th day of February, 2022.

_____
Kristine G. Baker
United States District Judge