# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:**       Ms. Tammy H. Downs

**FROM:**   Michael E. Gans, Clerk of Court

**DATE:**   July 01, 2022

**RE:**       19-2690  Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al

District Court/Agency Case Number(s):   4:19-cv-00449-KGB

___

  Enclosed is a letter received from the United States Supreme Court stating that an order has been filed granting certiorari in the above case.


BNW

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 30, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: Leslie Rutledge, Attorney General of Arkansas, et al.
v. Little Rock Family Planning Services, et al.
No. 20-1434
(Your No. 19-2690)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Dobbs* v. *Jackson Women's Health Organization*, 597 U. S. ___ (2022).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, July 1, 2022 11:00 AM |
| **Subject:** | 19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al "Supreme Court Order" (4:19-cv-00449-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 07/01/2022 at 10:58:53 AM Central Daylight Time and filed on 06/30/2022

| | |
|---|---|
| **Case Name:** | Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al |
| **Case Number:** | 19-2690 |
| **Document(s):** | Document(s) |

**Docket Text:**
SUPREME COURT order filed granting cert petition. Order filed on 06/30/2022 in case No.20-1434. [5173396] [19-2690] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** DC Memo Cert Granted
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_192690_5173396_DCMemoCertGranted_447.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/30/2022] [FileNumber=5173396-1]
[1e67e07dda4a04957984d2e2168239c52bc5c1852ceebd2a578e2449fd6d89d316ae2cd9f443061bb8a76e575b40a2f55d8e4017b9b01f986c36c4d5066f81f0]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court

**Document Description:** SC Order
**Original Filename:** 19-2690.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/30/2022] [FileNumber=5173396-0]

1

[c8c6a64237ce3dfd6ca81e1dc9faaea8b5b746106951179e9bfd8c556b6e319e354fe6bb2bc8322268ba1960d0b82d53037cd76f0effc50358bc5aaf0d0ce2e4]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5173396
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7064847, 7064848