# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2690

Little Rock Family Planning Services, et al.

Appellees

v.

Leslie Rutledge, in her official capacity as Attorney General of the State of Arkansas, et al.

Appellants

------------------------------

Justin Buckley Dyer, Ph. D., et al.

Amici on Behalf of Appellant(s)

Society for Maternal- Fetal Medicine, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:19-cv-00449-KGB)

---

**ORDER**

Pursuant to the order of the U.S. Supreme Court, dated June 30, 2022, and the U.S. Supreme Court's mandate of August 1, 2022, this court's judgment, dated January 5, 2021 is vacated, the mandate is hereby recalled, and the case is reopened.

August 01, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Monday, August 1, 2022 3:45 PM |
| **Subject:** | 19-2690 Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al "Clerk order filed sua sponte vacate judgment" (4:19-cv-00449-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 08/01/2022

**Case Name:** Little Rock Fam. Planning Svcs, et al v. Leslie Rutledge, et al
**Case Number:** 19-2690
**Document(s):** Document(s)

**Docket Text:**
CLERK ORDER: Pursuant to the order of the U.S. Supreme Court, dated June 30, 2022, and the U.S. Supreme Court's mandate of August 1, 2022 this court's judgment, dated January 5, 2021 is vacated, the mandate is hereby recalled, and the case is reopened. [5182934] [19-2690] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Julia Carol Benafield: julie.benafield@arkansasag.gov
Mr. Nicholas J. Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Ms. Meagan M. Burrows: mburrows@aclu.org, fyitayew@aclu.org, cmichon@aclu.org
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov
Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Karli Eisenberg, Deputy Attorney General: Karli.Eisenberg@doj.ca.gov, bryn.barton@doj.ca.gov
Ms. Leah Godesky: lgodesky@omm.com, leah-godesky-1685@ecf.pacerpro.com
Ms. Roxann E. Henry: Henry.Roxann@gmail.com, henry.roxann@me.com
Ms. Rebecca Rhodes Jackson: beckywesth@gmail.com
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov
Ms. Tassity Johnson: tjohnson@jenner.com
Ms. Susan J. Kohlmann: skohlmann@jenner.com, docketing@jenner.com, 1489665420@filings.docketbird.com
Ms. Jennifer L. Merritt: jmerritt@newlandassociatespllc.com, kchilldres@newlandassociatespllc.com, acoolis@newlandassociatespllc.com
Ms. Alexandra Preece Preece: abarlow@mofo.com
Mr. Dean John Sauer: john.sauer@ago.mo.gov, diana.haines@ago.mo.gov, tammy.glenn@ago.mo.gov
Mr. Orin Snyder: osnyder@gibsondunn.com

Mr. Kevin Theriot: ktheriot@adflegal.org, thaney@adflegal.org, dharle@adflegal.org
Ms. Kendall Turner: kendallturner@omm.com

Ms. Julie Marie Blake: jblake@adflegal.org, mschmidt@adflegal.org (*daily summary*)

The following document(s) are associated with this transaction:
**Document Description:** Court Order
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_192690_5182934_BlankOrder_123.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=08/01/2022] [FileNumber=5182934-0]
[3c07d454277de3a65fb77bb8f9eccb3af72e61f446e7afaff8a894c5ad6fae747c405cd8d5cdde0effa56a41b6890b9ed463d01565a610310b939e8c92268c28]]
**Recipients:**

- Ms. Julia Carol Benafield
- Ms. Julie Marie Blake
- Mr. Nicholas J. Bronni
- Ms. Bettina E. Brownstein
- Ms. Meagan M. Burrows
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Ms. Tammy H. Downs, Clerk of Court
- Ms. Karli Eisenberg, Deputy Attorney General
- Ms. Leah Godesky
- Ms. Roxann E. Henry
- Ms. Rebecca Rhodes Jackson
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Ms. Tassity Johnson
- Ms. Susan J. Kohlmann
- Ms. Jennifer L. Merritt
- Ms. Alexandra Preece Preece
- Mr. Dean John Sauer
- Mr. Orin Snyder
- Mr. Kevin Theriot
- Ms. Kendall Turner

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 5182934
**RELIEF(S) DOCKETED:**
  vacate judgment
  to recall the mandate
**DOCKET PART(S) ADDED:** 7087150, 7087151, 7087152, 7087153