# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LITTLE ROCK FAMILY**                                                                    **PLAINTIFFS**
**PLANNING SERVICES,** *et al.*

**v.**                              **Case No. 4:19-cv-00449 KGB**

**LESLIE RUTLEDGE,** *et al.*                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint status report (Dkt. No. 212). Given the United States Supreme Court's holding in *Dobbs v. Jackson Women's Health Organization*, 142 S. Ct. 2228, 2234 (2022), the Court, on September 6, 2022, ordered the parties to file a status update, separately or jointly, informing the Court of the parties' preferences regarding the future of this case (Dkt. No. 212). The parties filed a joint status report on September 15, 2022, requesting that the Court dismiss without prejudice this case in accordance with the plaintiffs' motion for voluntary dismissal, filed prior to the Eighth Circuit Court of Appeals entering its Order, Judgment, and Mandate in this case (Dkt. Nos. 206; 212).

For the foregoing reasons, the Court dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and denies as moot defendants' motion to dismiss and plaintiffs' motion for extension of time to file motion for attorneys' fees and costs (Dkt. Nos. 57; 187).

It is so ordered this 19th day of September, 2022.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge